IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMI HARRE,**

**Plaintiff,**

v.

**U.S. BANK, NA; ALAN B. GALLAS and MARK J. SCHULTZ, d/b/a GALLAS & SCHULTZ, a partnership; and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC,**

**Defendants.**                                                          No. 05-CV-423-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is Plaintiff's Stipulation of Dismissal With Prejudice as to Defendant U.S. Bank. (Doc. 54). Pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)**, a plaintiff may dismiss an action without order of the Court "by filing a stipulation signed by all parties who have appeared in the action." Plaintiff has filed such a stipulation and Defendant's counsel has signed it. Accordingly, Plaintiff's action against Defendant U.S. Bank is **dismissed with prejudice**, each party to bear his or its own costs and attorneys' fees. The putative class member's claims against Defendant U.S. Bank are **dismissed without prejudice**.

**IT IS SO ORDERED.**

Signed this 3rd day of April, 2006.

/s/     David RHerndon
**United States District Judge**