IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMI HARRE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:05-cv-423-DRH |
| ALAN B. GALLAS., et al, | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the Motion for Leave to File Amended Complaint filed by the plaintiff, Jami Harre, on June 5, 2006 (Doc. 59). The motion is **GRANTED**.

Federal Rule of Civil Procedure 15(a) provides that a party may amend a pleading and that leave to amend "shall be freely given when justice so requires." However, leave to amend may be denied if there is "undue delay, bad faith, dilatory motive, prejudice, or futility." Guise v. BWM Mortgage, LLC., 377 F.3d 795, 801 (7th Cir. 2004). The granting or denying of a motion to amend is reviewed for an abuse of discretion. Butts v. Aurora Health Care, Inc., 387 F.3d 921, 925 (7th Cir. 2004). No party has objected to the motion or shown prejudice. The plaintiff **SHALL** file the second amended complaint by **June 27, 2006.**

**DATED: June 22, 2006**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**