# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **JAMI HARRE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Cause No.  05-CV-423-DRH |
| vs. ) | |
| ) | |
| U.S. BANK, NA; ALAN B. GALLAS and ) | |
| MARK J. SCHULTZ doing business as ) | |
| GALLAS & SCHULTZ, a partnership; ) | |
| and BLATT, HASENMILLER, ) | |
| LEIBSKER & MOORE, LLC, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

**HERNDON, District Judge:**

The Court, being fully advised in the premises, hereby **GRANTS** the Joint Motion to Dismiss the claims of plaintiff Jami Harre, with prejudice, against defendant Alan B. Gallas and Mark J. Schultz doing business as Gallas & Schultz, a partnership.  (Doc. 64.)  Each party will bear their own costs.

**IT IS SO ORDERED**.

Signed this 30th day of June.

/s/      David   RHerndon
**United States District Judge**