# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMI HARRE,**

**Plaintiff,**

**v.**

**U.S. BANK, NA; ALAN B. GALLAS and**
**MARK J. SCHULTZ, d/b/a GALLAS**
**& SCHULTZ, a partnership; and**
**BLATT, HASENMILLER, LEIBSKER**
**& MOORE, LLC,**

**Defendants.**                               **No. 05-CV-423-DRH**

## ORDER

**HERNDON, District Judge:**

Before the Court is Defendant Blatt Hasenmiller Leibsker & Moore's ("Defendant's") agreed-to motion for an extension of time to file its answer. (Doc. 66.) The Court **GRANTS** this motion (Doc. 66), and **ALLOWS** Defendant until July 12, 2006 to file its answer to Plaintiff's Amended Complaint.

**IT IS SO ORDERED**.

Signed this 6th day of July, 2006.

/s/       David   RHerndon
**United States District Judge**