IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMI HARRE,**

**Plaintiff,**

**vs.**                                                                  No.   05-CV-423 DRH

**BLATT, HASENMILLER, LEIBSKER
& MOORE, LLC.,**

**Defendants.**

## ORDER

Pursuant to the Stipulation for Dismissal executed by the parties (Doc. 69), **IT IS ORDERED** that this action is hereby dismissed with prejudice, with each party bearing it own costs and attorneys' fees.  Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 24th day of August, 2006.

/s/            David    RHerndon
**UNITED STATES DISTRICT JUDGE**