IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMI HARRE,**

    **Plaintiff,**

    vs.                                      Cause No.  05-CV-423 DRH

**BLATT, HASENMILLER, LEIBSKER
& MOORE, LLC,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.---------------------------------------------------------------------------

                                                    **NORBERT G. JAWORSKI, CLERK**

August 24, 2006                                BY:   s/Patricia Brown
                                                               Deputy Clerk

APPROVED: /s/     David   RHerndon
                **U.S. DISTRICT JUDGE**